**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VALDOMIRO DE OLIVEIRA,<br>*Petitioner*,<br>v.<br>LUIS SOTO, et al.<br>***Respondents.*** | **Civil Action No. 2:26-cv-13963-JKS**<br><br>**ORDER**<br><br>November 19, 2026 |

Petitioner VALDOMIRO DE OLIVEIRA, through undersigned counsel, respectfully requests dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Respondents have appeared and submitted responses in this matter.

Petitioner remains in immigration custody. He intends to seek voluntary departure in his removal proceedings and has elected not to pursue further relief in this habeas action. Accordingly, Petitioner requests that the Court dismiss this action without prejudice and terminate any pending motions.

Dated: November 16, 2026

Respectfully submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
Nova Law Group, LLC
*Counsel for Petitioner*

**SO ORDERED**
*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**